IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN PEREZ, Individually and On Behalf of Others Similarly Situated, Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. H-20-1611 |
| DURON TECH, Defendant. | § § § § | |

## DISMISSAL ORDER

By Order [Doc. # 6] entered June 11, 2020, the Court directed Plaintiff to present evidence of service on Defendant by August 7, 2020. Plaintiff was cautioned that failure to comply by the August 7, 2020 deadline would result in dismissal of this case. Plaintiff has neither presented evidence of service on Defendant nor requested an extension of the service deadline. As a result, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 8th day of **September, 2020**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\1-2020\1611DO.wpd   200907.0829