IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN PEREZ, Individually and on Behalf of all Others Similarly Situated, § § § § §<br><br>Plaintiffs, §<br>v. §<br>§ CIVIL ACTION NO. 4:20-cv-01611<br>§<br>DURON TECH. §<br>Defendant. § §<br>§ | |

## PLAINTIFFS' MOTION FOR DEFAULT

To: The clerk of court and all parties of record:

Comes now Juan Perez, individually and on behalf of all others similarly situated, (collectively referred to herein as "Plaintiffs") files this Plaintiffs' Motion for Default Judgement pursuant to the repeated failure of Defendant to participate at all in this matter, despite being served with this lawsuit on September 28, 2020. Thus, pursuant to Federal Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs' file this Motion as follows:

### I.   SUMMARY

The Defendant in this case has defaulted. Therefore, Plaintiffs request that this Court grant the judgment prayed for in their Original Complaint. As stated in the Original Complaint, Plaintiffs pray for the following relief:

a. All damages to which Plaintiff may be entitled pursuant to his Original Complaint, or any amendments thereto, including but not limited to all unpaid overtime, lost wages, liquidated damages, and costs under the FLSA reinstatement, upgrading, and compensation for benefits not received;

b. Compensatory damages, including, but not limited to, emotional distress;

c. Past, present, and future physical pain and mental suffering;

    d. Punitive damages;

    e. Reasonable attorneys' fees, as allowed by law (with conditional awards in the event of appeal);

    f. Pre-judgment interest at the highest rate permitted by law;

    g. Post-judgment interest from the judgment until paid at the highest rate permitted by law;

    h. Costs of Court; and

    i. Such other and further relief to which Plaintiff may be entitled under law or equity.

## II. EVIDENCE SUBMITTED

In Support of the foregoing Motion, Plaintiff respectfully shows the Court as follows:

1. Plaintiff filed its Original Complaint and Request for Waiver of Service of Process on May 7, 2020, seeking remedies under the FLSA for unpaid wages and violations regarding recordkeeping against Defendant, DURON TECH. (See attached copy of Original Complaint and Request to Waive Service **EXHIBIT A**);

2. On September 28, 2020, after many failed attempts to serve Defendant, Defendant was finally served, but Defendant has failed to Answer the Complaint nor retained counsel for representation in this matter (See, attached copy, **EXHIBIT B**);

3. Defendant's failure to answer Plaintiffs' Original Complaint in a timely fashion and failure to make any efforts to contact Plaintiffs' counsel or the Court, prompts The Court's to Consider whether this case was ripe for a Default Judgement.

4. Defendant is neither an infant nor incompetent and has the capacity to sue or be sued.

5. As [t]he court … in *Gold & Silver Buyers, Inc.,* [Defendant]'s failure to answer or otherwise appear, within the time required by the Federal Rules, places it in default, and after reviewing the well-pleaded facts alleged in the complaint, entry default judgment is warranted. *McNiel v. Gold & Silver Buyers, Inc.*, CIVIL ACTION H-13-3206, at *3 (S.D. Tex. Sep. 16, 2014). By defaulting, a defendant "admits the plaintiff's well-pleaded allegations of fact . . . and is barred from contesting

on appeal the facts thus established." *Id.* (citing *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975)). The court, therefore, [found Defendant] liable for unpaid overtime wages as requested in the plaintiff's motion for default judgment. *Id.* The court also [found Defendant] liable for an equal amount of liquidated damages for its willful conduct, as established by the facts alleged in the complaint. *Id.*

6. Here, similar to *Gold & Silver Buyers, Inc.* Case, the Defendant, failed to answer or otherwise appear within the time required by the Federal Rules of Civil Procedure which place Defendant in default. *See id.* Therefore, Defendant has admitted the well-pleaded allegations of fact and is barred from contesting, *See id.* Accordingly, Plaintiff motions this Court to render a default judgment against Defendant, Duron Tech.

### III.  CONCLUSION

For these reasons. Plaintiff asks the Court to grant this Motion and render a judgment against Defendant, DURON TECH., and grant all relief sought and to which Plaintiff is justly entitled.

Respectfully Submitted,

_____
Alfonso Kennard, Jr.
Texas Bar No. 24036888
Federal I.D. No. 713316
E:mail: alfonso.kennard@kennardlaw.com
Kennard Richard, PC
2603 Augusta Drive, 14th Floor
Houston Texas 77057
Main: (713) 742-0900
Fax: (713) 742-0951
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of December 2020, a true and correct copy of this Motion for Default Judgment was filed with the Court using the Court's CM/ECF system and served on Defendant through Certified Mail Return Receipt Requested (CMRRR).

Duron Tech c/o Edward A. Ramos
12633 Reed Road,
Sugar Land, TX 77478
Defendant

_____
Alfonso Kennard, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUAN PEREZ, Individually and on Behalf of all Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **CIVIL ACTION NO. 4:20-cv-01611** |
| | § | |
| **DURON TECH.** | § | **JURY DEMANDED** |
| **Defendant.** | § § | |

## ORDER FOR DEFAULT JUDGEMENT

On this day came to be heard Plaintiff's Motion for a Default Judgement against Defendant. The Court, having reviewed the Motion and all evidence relating thereto, is of the opinion that Plaintiff's Motion for Default is proper and is herein, **GRANTED**.

All remedies prayed for by Plaintiff in its Original Complaint, to wit:

a.  All unpaid overtime wages, lost wages, liquidated damages and costs under the FLSA;
b. Compensatory damages, including, but not limited to, emotional distress damages;
c. Past, present, and future physical pain and mental suffering damages;
d. Punitive damages;
e. Reasonable attorneys' fees, as allowed by law (with conditional awards in the event of appeal);
f. Pre-judgment interest at the highest rate permitted by law;
g. Post-judgment interest from the judgment until paid at the highest rate permitted by law;
h. Costs of Court; and
i. Other such relief to which Plaintiff may be entitled under law or equity.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Default Judgment be **GRANTED,** in its entirety.

Signed this ___ day of _____, 202__.

_____
UNITED STATES DISTRICT JUDGE