United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN PEREZ, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>DURON TECH.<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:20-cv-01611 |

## FINAL DEFAULT JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's Motion for Final Default Judgment, filed February 8, 2022, is **GRANTED**.

2. The Plaintiffs are entitled to Final Default Judgment against Duron Tech, LLC d/b/a Duron Tech on their FLSA claims for unpaid overtime wages;

3. The Plaintiffs shall recover from and against Defendants Duron Tech, the amount of **$274,283.03** (consisting of unpaid overtime wages of $128,978.75 and liquidated damages of $128,978.75, and accrued pre-judgment interest of $16,325.53);

4. The taxable costs of court, as calculated by the clerk of the court, are assessed against Defendant Duron Tech; and

5. Plaintiffs are required to file their motion for costs and attorney's fees within twenty-one (21) days after entry of the final judgment.

6. The Clerk shall transmit a true copy of this Judgment ~~and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge~~ to all parties.

7. This is a final judgment.

SIGNED this 7th day of April 2022

_____
JUDGE PRESIDING